NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNIVERSITY OF MANITOBA,**
*Plaintiff-Appellant*

v.

**DRAEGER MEDICAL, INC.,**
*Defendant-Appellee*

---

2014-1713

---

Appeal from the United States District Court for the District of North Dakota in No. 2:13-cv-00048-RRE-KKK, Chief Judge Ralph R. Erickson.

---

## JUDGMENT

---

GEORGE C. SUMMERFIELD, JR., Stadheim & Grear, Ltd., Chicago, IL, argued for plaintiff-appellant. Also represented by ROLF STADHEIM, CHRISTOPHER H. ST. PETER.

WAYNE ALAN JONES, JonesIP Group, Plano, TX, argued for defendant-appellee. Also represented by DUSTY S. VOGELPOHL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* TARANTO, *Circuit Judge,* and FOGEL, *District Judge*[*]).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 9, 2015 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |

---

[*]   Honorable Jeremy Fogel, District Judge, United States District Court for the Northern District of California, and Director of the Federal Judicial Center, sitting by designation.